UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOLE ZELLER,

            Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021

18 Civ. 12316 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 23, of the Honorable Sarah Netburn, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for attorney's fees is GRANTED and Defendant shall pay $13,338.06 in fees and expenses to Plaintiff. R&R at 2.

    The Clerk of Court is directed to terminate the motion at ECF No. 21.

    SO ORDERED.

Dated: April 9, 2021
       New York, New York

ANALISA TORRES
United States District Judge